**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-6334**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

EVAN FOREMAN,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:11-cr-00398-JKB-3)

───────────

Submitted:  July 30, 2024                        Decided:  August 2, 2024

───────────

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Evan Foreman, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evan Foreman appeals the district court's order denying his fourth motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and conclude that the district court did not abuse its discretion by finding the 18 U.S.C. § 3553(a) factors weighed against Foreman's release.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Foreman*, No. 1:11-cr-00398-JKB-3 (D. Md. Mar. 18, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*